1  SEYFARTH SHAW LLP
   Eric Lloyd (SBN 254390)
2  elloyd@seyfarth.com
   Kiran S. Lopez (SBN 252467)
3  klopez@seyfarth.com
   560 Mission Street, 31st Floor
4  San Francisco, California 94105
   Telephone:  (415) 397-2823
5  Facsimile:   (415) 397-8549

6  Attorneys for Defendants
   UNIVERSAL PROPULSION COMPANY, INC. and
7  DANIEL SCOTT

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CAITLIN NAGROCKI, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>UNIVERSAL PROPULSION COMPANY, INC., a Delaware Corporation; UNIVERSAL PROPULSION COMPANY, a business entity of unknown form; UNITED TECHNOLOGIES CORPORATION, a Delaware Corporation; UNITED TECHNOLOGIES, a business entity of unknown form; UTC AEROSPACE SYSTEMS, a business entity of unknown form; COLLINS AEROSPACE, a business entity of unknown form; ROCKWELL COLLINS, a business entity of unknown form; ROCKWELL COLLINS, INC., a Delaware Corporation; GOODRICH CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS NEW YORK GOODRICH CORPORATION, a New York Corporation; HAMILTON SUNDSTRAND CORPORATION, a Delaware Corporation; GOODRICH CORPORATION, a business entity of unknown form; DANIEL SCOTT, an individual; and DOES 1-50,<br><br>   Defendants. | Case No.<br><br>**DEFENDANT UNIVERSAL PROPULSION COMPANY, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Solano County Superior Court Case No. FCS053872<br><br>*Complaint Filed: November 6, 2019* |

**DEFENDANT UNIVERSAL PROPULSION COMPANY, INC.'S CORPORATE DISCLOSURE STATEMENT**

64215990v.1

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER COUNSEL OF RECORD:**

Defendant Universal Propulsion Company, Inc. (sued as Universal Propulsion Company, Inc. and erroneously sued as Universal Propulsion Company) ("UPCO"), by and through its undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, submits the following statement of corporate interests and affiliations.

UPCO is a corporation organized and formed under the laws of the State of Delaware.

UPCO is a wholly owned subsidiary of Raytheon Technologies Corporation.

Raytheon Technologies Corporation is a corporation organized and formed under the laws of the State of Delaware. No publicly held corporation owns 10% or more of Raytheon Technologies Corporation's stock.

DATED: July 1, 2020   Respectfully submitted,

SEYFARTH SHAW LLP

By: ___/s/ Kiran S. Lopez_____
Eric Lloyd
Kiran S. Lopez
Attorneys for Defendants UNIVERSAL PROPULSION COMPANY, INC. (sued as Universal Propulsion Company, Inc. and erroneously sued as Universal Propulsion Company) and DANIEL SCOTT