1  SEYFARTH SHAW LLP
   Eric Lloyd (SBN 254390)
2  elloyd@seyfarth.com
   Kiran S. Lopez (SBN 252467)
3  klopez@seyfarth.com
   560 Mission Street, 31st Floor
4  San Francisco, California 94105
   Telephone:   (415) 397-2823
5  Facsimile:    (415) 397-8549

6  Attorneys for Defendants
   UNIVERSAL PROPULSION COMPANY, INC. and
7  DANIEL SCOTT

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CAITLIN NAGROCKI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL PROPULSION COMPANY, INC., a Delaware Corporation; UNIVERSAL PROPULSION COMPANY, a business entity of unknown form; UNITED TECHNOLOGIES CORPORATION, a Delaware Corporation; UNITED TECHNOLOGIES, a business entity of unknown form; UTC AEROSPACE SYSTEMS, a business entity of unknown form; COLLINS AEROSPACE, a business entity of unknown form; ROCKWELL COLLINS, a business entity of unknown form; ROCKWELL COLLINS, INC., a Delaware Corporation; GOODRICH CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS NEW YORK GOODRICH CORPORATION, a New York Corporation; HAMILTON SUNDSTRAND CORPORATION, a Delaware Corporation; GOODRICH CORPORATION, a business entity of unknown form; DANIEL SCOTT, an individual; and DOES 1-50,<br><br>Defendants. | Case No.<br><br>**DEFENDANT UNIVERSAL PROPULSION COMPANY, INC.'S CERTIFICATE OF INTERESTED ENTITIES OF PERSONS**<br><br>Solano County Superior Court Case No. FCS053872<br><br>*Complaint Filed: November 6, 2019* |

**DEFENDANT UNIVERSAL PROPULSION COMPANY, INC.'S CERTIFICATE OF
INTERESTED ENTITIES OF PERSONS**

64215690v.1

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Universal Propulsion Company, Inc. (sued as Universal Propulsion Company, Inc. and erroneously sued as Universal Propulsion Company) certifies that as of this date the following listed parties may have a direct pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualifications or recusal.

1. Plaintiff Caitlin Nagrocki;
2. Defendant Universal Propulsion Company, Inc. (sued as Universal Propulsion Company, Inc. and erroneously sued as Universal Propulsion Company); and
3. Defendant Daniel L. Scott, Jr.

DATED: July 1, 2020          Respectfully submitted,

SEYFARTH SHAW LLP

By:  ___*/s/ Kiran S. Lopez*_____
Eric Lloyd
Kiran S. Lopez
Attorneys for Defendants UNIVERSAL PROPULSION COMPANY, INC. (sued as Universal Propulsion Company, Inc. and DANIEL SCOTT

**DEFENDANT UNIVERSAL PROPULSION COMPANY, INC.'S CERTIFICATE OF INTERESTED ENTITIES OF PERSONS**

64215690v.1