1  SEYFARTH SHAW LLP
   Eric Lloyd (SBN 254390)
2  elloyd@seyfarth.com
   Kiran S. Lopez (SBN 252467)
3  klopez@seyfarth.com
   560 Mission Street, 31st Floor
4  San Francisco, California 94105
   Telephone:   (415) 397-2823
5  Facsimile:    (415) 397-8549

6  Attorneys for Defendants
   UNIVERSAL PROPULSION COMPANY, INC. and
7  DANIEL SCOTT

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | CAITLIN NAGROCKI, an individual, | Case No. |
   |---|---|
12 | Plaintiff, | **DEFENDANT UNIVERSAL PROPULSION COMPANY, INC.'S NOTICE OF RELATED CASES** |
13 | v. | |
14 | UNIVERSAL PROPULSION COMPANY, INC., a Delaware Corporation; UNIVERSAL PROPULSION COMPANY, a business entity of unknown form; UNITED TECHNOLOGIES CORPORATION, a Delaware Corporation; UNITED TECHNOLOGIES, a business entity of unknown form; UTC AEROSPACE SYSTEMS, a business entity of unknown form; COLLINS AEROSPACE, a business entity of unknown form; ROCKWELL COLLINS, a business entity of unknown form; ROCKWELL COLLINS, INC., a Delaware Corporation; GOODRICH CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS NEW YORK GOODRICH CORPORATION, a New York Corporation; HAMILTON SUNDSTRAND CORPORATION, a Delaware Corporation; GOODRICH CORPORATION, a business entity of unknown form; DANIEL SCOTT, an individual; and DOES 1-50, | Solano County Superior Court Case No. FCS053872 

*Complaint Filed: November 6, 2019* |
   | Defendants. | |

**DEFENDANT UNIVERSAL PROPULSION COMPANY, INC.'S NOTICE OF RELATED CASES**

64216357v.1

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Eastern District Local Rule 123, the undersigned counsel of record for Defendant Universal Propulsion Company, Inc. (sued as Universal Propulsion Company, Inc. and erroneously sued as Universal Propulsion Company) ("UPCO"), hereby submits this Notice of Related Cases and states that UPCO is not aware of any action, previously filed or currently pending in the United States District Court, Eastern District of California, involving the same parties and based on the same or similar claim, involving the same property transaction or event, involving similar questions of fact and the same question of law, or any other cases that would entail substantial duplication of labor if heard by different Judges or Magistrate Judges.

DATED: July 1, 2020          Respectfully submitted,

SEYFARTH SHAW LLP

By: ___/s/ Kiran S. Lopez_____
Eric Lloyd
Kiran S. Lopez
Attorneys for Defendants UNIVERSAL PROPULSION COMPANY, INC. (sued as Universal Propulsion Company, Inc. and erroneously sued as Universal Propulsion Company) and DANIEL SCOTT