1  SEYFARTH SHAW LLP
   Eric Lloyd (SBN 254390)
2  elloyd@seyfarth.com
   Kiran S. Lopez (SBN 252467)
3  klopez@seyfarth.com
   560 Mission Street, 31st Floor
4  San Francisco, California 94105
   Telephone:  (415) 397-2823
5  Facsimile:   (415) 397-8549

6  Attorneys for Defendants
   UNIVERSAL PROPULSION COMPANY, INC. and
7  DANIEL SCOTT

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CAITLIN NAGROCKI, an individual, | Case No. 2:20-CV-01316-KJM |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING NOVEMBER 5, 2020 SCHEDULING CONFERENCE** |
| v. | Date: November 5, 2020<br>Time: 2:30 p.m.<br>Place: Robert T. Matsui<br>       United States Courthouse<br>       Courtroom 3, 15th Floor<br>       501 I Street<br>       Sacramento, CA 95814 |
| UNIVERSAL PROPULSION COMPANY, INC., a Delaware Corporation; UNIVERSAL PROPULSION COMPANY, a business entity of unknown form; UNITED TECHNOLOGIES CORPORATION, a Delaware Corporation; UNITED TECHNOLOGIES, a business entity of unknown form; UTC AEROSPACE SYSTEMS, a business entity of unknown form; COLLINS AEROSPACE, a business entity of unknown form; ROCKWELL COLLINS, a business entity of unknown form; ROCKWELL COLLINS, INC., a Delaware Corporation; GOODRICH CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS NEW YORK GOODRICH CORPORATION, a New York Corporation; HAMILTON SUNDSTRAND CORPORATION, a Delaware Corporation; GOODRICH CORPORATION, a business entity of unknown form; DANIEL SCOTT, an individual; and DOES 1-50, | *Complaint Filed: November 6, 2019*<br>*Trial Date: None.* |
| Defendants. | |

**JOINT STIPULATION AND [PROPOSED] ORDER**
**CASE NO. 2:20-CV-01316-KJM**

65280879v.1

Pursuant to United States District Court, Eastern District of California Local Rule 143 and Rule 83 of the Federal Rules of Civil Procedure, the following Stipulation is entered into by Plaintiff Caitlin Nagrocki ("Plaintiff") and Defendants Universal Propulsion, Inc. and Daniel Scott ("Defendants") (collectively, the "Parties") by and through their counsel of record:

WHEREAS, the Court has scheduled a Status / Pretrial Scheduling Conference in this matter for November 5, 2020 (the "Scheduling Conference");

WHEREAS, in advance of the Scheduling Conference, the Parties are to meet and confer, pursuant to Federal Rule of Civil Procedure 25(f), on or before October 15, 2020;

WHEREAS, in advance of the Scheduling Conference, the Parties are to submit to the Court a Joint Federal Rule of Civil Procedure 26(f) Report and Discovery Plan on or before October 22, 2020:

WHEREAS, in advance of the Scheduling Conference, the Parties are to exchange Initial Disclosures on or before October 22, 2020;

WHEREAS, on October 10, 2020, despite state of the art security architecture, Defendants' counsel, Seyfarth Shaw LLP ("Seyfarth"), was the victim of a sophisticated and aggressive malware attack that appears to be ransomware. Seyfarth's monitoring systems detected the unauthorized activity and its IT team acted quickly to prevent its spread and protect Seyfarth's systems. While Seyfarth has no evidence that any of its client or firm data was accessed or removed, its systems were encrypted, resulting in defense counsel's inability to access them at this time. The inaccessible systems include Seyfarth's email and document management systems where client files and work product are maintained. Seyfarth has reported the incident to law enforcement and is coordinating with them. Seyfarth is working around the clock to bring its systems back online as quickly and safely as possible, but does not have an estimate for full restoration at this time;

WHEREAS, in light of Defendants' counsel's inability to access documents necessary to meaningfully meet and confer, prepare Initial Disclosures, and prepare a Rule

26(f) Report and Discovery Plan, the Parties have agreed to continue the Scheduling Conference;

**IT IS HEREBY STIPULATED AS FOLLOWS:**

The November 5, 2020 Scheduling Conference is continued to December 10, 2020, or to such a date thereafter as the Court may set. The deadlines to complete tasks related to the Scheduling Conference, including, but not limited to, the filing of a Joint Federal Rule of Civil Procedure 26(f) Report and Discovery Plan and serving of Initial Disclosures, are similarly continued to dates consistent with the continued December 4, 2020, Scheduling Conference.

DATED: October 14, 2020        SEYFARTH SHAW LLP

By:  ___/s/ Kiran S. Lopez_____
Eric Lloyd
Kiran S. Lopez
Attorneys for Defendants UNIVERSAL PROPULSION COMPANY, INC. and DANIEL SCOTT

DATED: October 14, 2020        PAYAB & ASSOCIATES

By:  ___/s/ Matthew Hale_____
David Payab
Matthew T. Hale
Attorneys for Plaintiff CAITLIN NAGROCKI

The filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

                              /s/ Kiran Lopez_____
                              Kiran S. Lopez

# [PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: _____, 2020                    _____
                                                                                    UNITED STATES DISTRICT COURT JUDGE