1  Eric Lloyd (SBN 254390)
   elloyd@seyfarth.com
2  Kiran S. Lopez (SBN 252467)
   klopez@seyfarth.com
3  **SEYFARTH SHAW LLP**
   560 Mission Street, 31st Floor
4  San Francisco, California 94105
   Telephone:  (415) 397-2823
5  Facsimile:  (415) 397-8549

6  Attorneys for Defendants
   UNIVERSAL PROPULSION COMPANY, INC., et al.
7
   David Payab, Esq. State Bar #187887
8  dpayab@payablaw.com
   Matthew T. Hale, State Bar #303826
9  mhale@payablaw.com
   **THE LAW OFFICE OF PAYAB & ASSOCIATES**
10 5850 Canoga Avenue, Suite 400
   Woodland Hills, California 91367
11 Telephone:  (818) 888-4546
   Facsimile:   (888) 888-4747
12
13 Attorneys for Plaintiff
   CAITLIN NAGROCKI

14

15                       UNITED STATES DISTRICT COURT

16                   FOR THE EASTERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  CAITLIN NAGROCKI, an individual, | 2:20-CV-01316-KJM-AC |
| 19 | |
| 20           Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |
| 21 | |
| 22  vs. | |
| 23  UNIVERSAL PROPULSION COMPANY, INC., a Delaware Corporation; DANIEL SCOTT, an individual; and DOES 1-50, | |
| 24 | |
| 25 | |
| 26 | |
| 27           Defendants. | |
| 28 | |

STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**:

IT IS HEREBY STIPULATED by and between Plaintiff Caitlin Nagrocki ("Plaintiff") and Defendants UNIVERSAL PROPULSION COMPANY, INC., a Delaware Corporation and DANIEL SCOTT, an individual – (collectively, the "Parties"), through their designated counsel, that this Court shall reserve jurisdiction to enforce the Parties' settlement.

IT IS FURTHER STIPULATED by the Parties, through their designated counsel, that – following the entry of an order by this Court to reserve jurisdiction to enforce the Parties' settlement - the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each party shall bear its own costs and attorneys' fees. The Parties agree that a facsimile signature shall be sufficient to evidence assent to this stipulation.

DATED: ~~February~~ May 5, 2021          **SEYFARTH SHAW LLP**

By: _/s/ Kiran S. Lopez_
Eric Lloyd
Kiran S. Lopez
Attorneys for Defendants
UNIVERSAL PROPULSION
COMPANY, INC., et al.

DATED: February 10, 2021          **THE LAW OFFICE OF PAYAB & ASSOCIATES**

By: _/s/ Matthew T. Hale_
David Payab
Matthew T. Hale
Attorneys for Plaintiff
CAITLIN NAGROCKI

1
STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

# [PROPOSED] ORDER

Based on the stipulation of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. This Court shall reserve jurisdiction to enforce the Parties' settlement; and
2. The above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

Date: _____          _____

**U.S. District Court Judge**
**Hon. Kimberly J. Mueller**